UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Briggithe Alexa Florentini Melgar**

**V.**                                              **CIVIL ACTION NO. 1:26-cv-10065-MJJ**

**Wesling et al**

### ORDER OF DISMISSAL

**JOUN, D.J.**

In accordance with this Court's order dated January 12, 2026, it is hereby ORDERED that the above- entitled action be and hereby is dismissed.

January 12, 2025

/s/ Sophie Phillips
---------------------------
**Deputy Clerk**